COHEN & HARGROVE, plaintiffs in error, *vs.* THE ROME RAILROAD COMPANY, defendant in error.

The verdict in this case is not only not contrary to the testimony, but is the only verdict which, under the evidence, the jury ought to have found.

New trial. Tried before Judge PARROTT. Floyd Superior Court. July Term, 1871.

Cohen & Hargrove sued the Rome Railroad Company for the non-delivery of certain goods which they averred were shipped to them from New York to Rome, over said railroad. They failed to prove that said goods were ever in possession of defendant, and the jury found for defendant. A motion for new trial upon the ground that the verdict was wrong was overruled.

UNDERWOOD & ROWELL; C. D. FORSYTH, for plaintiffs in error.

PRINTUP & FOUCHE, for defendant.

McCAY, Judge.

Whatever may be the law of the case, as argued at the hearing, on the liability of this road under the circumstances, if it were proven the lost goods had ever been in its posses-

sion, it is very clear from this record that the verdict of the jury is right. There is no proof that the Rome Railroad ever had or undertook to carry the goods sued for. Indeed, the proof is very strong, that the goods never came upon that road. It was the clear duty of the plaintiff to show this, and the judgment must therefore be affirmed.

Judgment affirmed.